Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00558-CR

Kenneth Lamont **SIMMONS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-8294B
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:  Rebecca Simmons, Justice
    Steven C. Hilbig, Justice
    Marialyn Barnard, Justice

Delivered and Filed:  October 14, 2009

DISMISSED FOR LACK OF JURISDICTION

Appellant was sentenced in the above referenced cause on June 4, 2009.  No timely motion for new trial having been filed, appellant's notice of appeal was due to be filed no later than July 6, 2009.  *See* TEX. R. APP. P. 26.2.  The notice of appeal was not filed until August 3, 2009, and no motion for extension of time was filed.  *See* TEX. R. APP. P. 26.3.

On September 15, 2009, we ordered appellant to show cause why these appeals should not be dismissed for lack of jurisdiction. We further note that the trial court's certifications in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal," and Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Appellant's counsel responded by filing written notice with this court stating that counsel has reviewed the record and "can find no right of appeal for Appellant."

This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH